**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 12-cr-00007-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISIDRO MIRELES,

    Defendant.

_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on March 7, 2013, it is

    ORDERED that Defendant Isidro Mireles is sentenced to TIME SERVED.

    DATED: March 7, 2013.

                                   BY THE COURT:

                                   _____
                                   Christine M. Arguello
                                   United States District Judge